No. 55. NORTH CAROLINA ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Eastern District of North Carolina. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Harry McMullan,* Attorney General, and *I. Beverly Lake,* Assistant Attorney General, for the State of North Carolina, and *R. Brookes Peters* for the North Carolina State Highway and Public Works Commission, appellants. *Solicitor General Soboloff, Assistant Attorney General Barnes, Daniel M. Friedman* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, and *James B. McDonough, Jr., Charles P. Reynolds, Arthur J. Winder, William T. Joyner, Arthur J. Dixon* and *Henry J. Karison* for the Aberdeen & Rockfish Railroad Co. et al., appellees.

No. 212. BURKHALTER *v.* LIBERTY MUTUAL INSURANCE COMPANIES, INC. ET AL. Appeal from the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. Appellant *pro se.* *H. Plant Osborne* for Copp et al.; and *Harry T. Gray* and *Sam R. Marks* for the Chrysler Sales Corporation, appellees.

No. 108. LANDES *v.* DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK ET AL. Appeal from the Court of Appeals of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Appellant *pro se.* *Peter Campbell Brown* and *Seymour B. Quel* for appellees.